UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAROL LEA VANEGDOM | CIVIL ACTION |
| VERSUS | NO. 15-35 |
| CAROLYN W. COLVIN<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY ADMINISTRATION | SECTION: R (4) |

## ORDER AND REASONS

The Court, having reviewed *de novo* plaintiff's complaint,[1] defendant's answer,[2] the parties' memoranda of facts and law,[3] the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[4] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as it opinion.

New Orleans, Louisiana, this __16th__ day of February, 2016.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 1.

[2] R. Doc. 13.

[3] R. Doc. 15; R. Doc. 16.

[4] R. Doc. 18.